FILED
10/28/2026 JN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Tommy Leinenweber (312) 353-5924

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNESTO CAMPOS JR. | Case No.: 26-CR-561<br>GABRIEL A. FUENTES<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, VASHAUN HALE, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that ERNESTO CAMPOS JR. has been charged by Indictment in the Central District of Illinois, in Case No. 26-cr-30009, with the following criminal offense: Distribution of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

VASHAUN HALE
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 28th day of October, 2026.

GABRIEL A. FUENTES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
FEB 18 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 26-30009 |
| | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). |
| ERNESTO CAMPOS, | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury Charges:

COUNT ONE
(Distribution of Methamphetamine)

On or about April 12, 2024, in Sangamon County, in the Central District of Illinois, the defendant herein,

ERNESTO CAMPOS,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL,

redacted

FOREPERSON

redacted

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
MZW

E-FILED
Thursday, 19 February, 2026 10:21:44 AM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

United States of America
v.
Ernesto Campos
Riverside, CA

*Defendant*

Case No. 26-cr-30009

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ernesto Campos, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
☑ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Count I - Distribution of 50 Grams or More of Actual Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

**RECEIVED**
**By DuBois at 10:55 am, Feb 19, 2026**

Date: 02/19/2026

*Issuing officer's signature*

City and state: Springfield, Illinois

Ronald L. Hanna, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*