**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:26−cr−00561
Honorable Gabriel A. Fuentes

Ernesto Campos Jr.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes as to Ernesto Campos Jr. (1): Initial appearance and removal proceedings held in open court on 10/28/26. Defendant Ernesto Ocampo Jr. appears in response to an arrest on 10/27/26 pursuant to an Affidavit of Removal and arrest warrant issued in the USDC Central District of Illinois. Based on review of the tendered financial affidavit, the Court appoints Seema Ahmad of the Federal Defender Program as defendant's attorney for purposes of the removal proceedings in the Northern District of Illinois only. Defendant advised of charges and informed of his rights and of prosecutorial obligations per Rule 5(d) and (f), including the provisions of Rule 20. The Government moves orally for detention and proffers that a detention hearing must be held per 18 U.S.C. Section 3142(f)(1)(C). Without objection, the Court finds that a detention hearing may be held based on the government's proffer. The government moved orally for a continuance of the detention hearing to allow for the preparation of a Pretrial Services report. The Court granted the continuance motion without objection for the reasons stated on the record establishing good cause for the continuance. The government's oral motion for pretrial detention is entered and continued. The detention hearing is scheduled for 9:00 a.m. on 11/2/26 in Courtroom 1743. Defendant waives the identity hearing. The Court enters a finding of identity. Defendant is remanded into the custody of the U.S. Marshals Service pending the 11/2/26 detention hearing. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.